O. HASSELGROVE, v. MALCOLM MAC CONNELL

23 So. (2nd) 247                                          June Term, 1945
September 14, 1945                                          Division B

*Sumner & Sumner,* for appellant.

*S. N. Smith,* for appellee.

PER CURIAM:

The decree appealed from is affirmed.

It is so ordered.

CHAPMAN, C. J., BROWN, THOMAS and SEBRING, JJ., concur.